UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

----------

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TROY MATTHEW ULMER,

    Defendant.

_____/

No. 1:05CR0203

Hon. 
Gordon J. Quist
U.S. District Judge

FELONY **INFORMATION**

Margaret M. Chiara, United States Attorney for the Western District of Michigan, charges:

## ATTEMPTED THEFT OF TRADE SECRETS

From about February 11, 2003 through about March 5, 2003, in the Western District of Michigan, and elsewhere, the defendant,

TROY MATTHEW ULMER,

with intent to convert a trade secret did knowingly attempt to steal and appropriate without authorization such information related to a product that is produced for or placed in interstate or foreign commerce, intending that the theft would economically benefit someone other than the owner thereof, and intending or knowing that the offense would injure the owner of the trade secret.

Specifically, the defendant was employed as a computer systems consultant with a multinational corporation that produced a product widely used in food, pharmaceuticals,

consumer and industrial products. He had access to the corporation's most sensitive information, including processing, formulation, and pricing information. Such information was treated and protected by the corporation as trade secrets. Without the knowledge or authorization of his employer, the defendant contacted a major competitor and offered to sell valuable proprietary information of the corporation.

**18 U.S.C. § 1832(a)(4)**

MARGARET M. CHIARA
United States Attorney

Dated: August 26, 2005

DANIEL Y. MEKARU
Assistant United States Attorney